**Gloria Mojica AVENTURADO, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 03–70561.**
**Agency No. 70–921225.**

United States Court of Appeals, Ninth Circuit.

Oct. 21, 2004.

Lizbeth A. Galdamez, Law Offices of Michael P. Karr & Associates, Sacramento, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, David V. Bernal, Regina Byrd, Attorneys, Washington, DC, for Respondent.

Before B. FLETCHER, LEAVY and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## ORDER

The Memorandum Disposition filed August 11, 2004 in *Aventurado v. Ashcroft*, No. 03–70561, is hereby WITHDRAWN. We GRANT Petitioner's request for a petition for rehearing. Simultaneously with this order, we file a new Memorandum Disposition.